OPINION — AG — AN INSURER MAY NOT ISSUE A FIRE INSURANCE POLICY UPON PROPERTY WITHIN THIS STATE FOR A LONGER TERM THAN FIVE YEARS. YOU FURTHER INQUIRED CONCERNING THE PROPRIETY AND REASONABLENESS OF A PROPOSED BOARD RULE OUTLINING GUIDELINES FOR COMPLIANCE WITH 36 O.S. 1961 4804 [36-4804]. IN REPLY YOU ARE ADVISED THAT IT IS AGAINST THE POLICY OF THIS OFFICE TO EXPRESS FORMAL OPINIONS CONCERNING THE PROPRIETY AND REASONABLENESS OF PROPOSED ADMINISTRATIVE RULES. (BURCK BAILEY)